UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SENEN SUAREZ
        Petitioner

V.

UNITED STATES OF AMERICA
        Respondent

CIVIL ACTION

NO. 05-10758-RWZ

ORDER OF DISMISSAL

ZOBEL, D. J.

    In accordance with the Court's endorsed Order dated 6/13/05 in 03CR10384-RWZ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2256, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

        By the Court,

6/13/05          s/ Lisa A. Urso
Date          Deputy Clerk

(2254dism.ord - 09/92)          [odism.]